IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>RBM CONSULTING, LLC and GERALD G. HAYEK,<br><br>              Defendants. | **8:11CV438**<br><br>**ORDER** |

The parties joint motion to extend certain discovery deadlines (Filing No. 35) is granted.

IT IS ORDERED that the final progression order is amended as follows:

1) The deadline for identifying testifying experts is March 1, 2013.

2) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff and counterclaim plaintiff(s):    April 1, 2013
    For the defendant and counterclaim defendant(s) :    May 1, 2013
    For the plaintiff and counterclaim plaintiff(s) rebuttal:    May 24, 2013

Dated this 31st day of January, 2013.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge