IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS &AMP; SOFTWARE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RBM CONSULTING, LLC, GERALD G. HAYEK, an individual;<br><br>Defendants. | 8:11CV438<br><br>ORDER |

The parties participated in a telephonic hearing regarding the pending Motions to Compel, (Filing Nos. 39 & 51), on June 27, 2012. Based on the representations of the parties during the hearing,

IT IS ORDERED:

1) The parties shall meet and confer in good faith and attempt to resolve their ongoing discovery disputes.

2) On or before July 19, 2013 the parties shall file a joint status report outlining any unresolved issues related to the outstanding motions to compel (Filing Nos. 39 & 51). No further briefing will be permitted absent leave of the court for good cause shown.

Dated this 27th day of June, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge