IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ELECTION SYSTEMS & SOFTWARE, LLC,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**RBM CONSULTING, LLC, and GERALD G. HAYEK, an individual;**<br><br>　　　　　Defendants. | **CASE NO. 8:11CV438**<br><br>**ORDER** |
| **ELECTION SYSTEMS & SOFTWARE, LLC,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**RBM CONSULTING, LLC,**<br><br>　　　　　Defendant. | **CASE NO 8:14CV257**<br><br>**REASSIGNMENT ORDER** |

　　　　This matter is before the Court on the Notices of Related Case filed by Defendant RBM Consulting, LLC (Filing No. 82) and Plaintiff Election Systems & Software, LLC (Filing No. 86) in Case No. 8:11CV438, *Election Systems & Software, LLC v. RBM Consulting, LLC et al*; and the Notice of Related Case filed by Plaintiff Election Systems & Software, LLC (Filing No. 10) and Defendant RBM Consulting, LLC (Filing No. 11) in Case No. 8:14CV257, *Election Systems & Software, LLC v. RBM Consulting, LLC*. The cases are related under NEGenR 1.4(4)(C)(iii) because they involve some or all of the same issues of fact. Accordingly,

　　　　IT IS ORDERED: Case No. 8:14CV257, *Election Systems & Software, LLC v. RBM Consulting, LLC*, is reassigned to District Judge John M. Gerrard for disposition

and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

Dated this 1st day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge