IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | Case No. 8:11-cv-00438 |
| Plaintiff, | |
| vs. | |
| RBM CONSULTING, LLC, and GERALD G. HAYEK, | |
| Defendants. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| RBM CONSULTING, LLC, | |
| Counterclaim Plaintiff, | |
| vs. | |
| ELECTION SYSTEMS & SOFTWARE, LLC, | |
| Counterclaim Defendant. | |

Defendants RBM Consulting, LLC ("RBM") and Gerald G. Hayek ("Hayek"), hereinafter collectively referred to as Defendants, respectfully move for summary judgment pursuant to Fed. R. Civ. P. 56, on the grounds that there is no genuine dispute of material fact that Defendants are entitled to judgment as a matter of law on all claims asserted in the Amended Compliant.

WHEREFORE, Defendants respectfully request the Court to grant its Motion and enter judgment, with prejudice, in favor of Defendants on all claims asserted in the Amended Complaint, with costs taxed to Plaintiff.

1

Dated this 13th day of November, 2014.

                                        RBM CONSULTING, LLC and GERALD G.
                                        HAYEK, Defendants and Counterclaimant,

*/s Michael S. Degan*
Michael S. Degan, NE #20372
HUSCH BLACKWELL, LLP
13330 California Street, Suite 200
Omaha, NE  68154
Direct: 402.964.5037
Fax: 402.964.5050
mike.degan@huschblackwell.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2014, I electronically filed the above using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Michael C. Cox | mike.cox@koleyjessen.com |
| David A. Yudelson | david.yudelson@koleyjessen.com |
| Daniel Fisher | dan.fisher@koleyjessen.com |

                                          /s/ *Michael S. Degan*

OMA-372936-1