IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, | |
| Plaintiff, | 8:11-CV-438 |
| vs. | ORDER |
| RBM CONSULTING, LLC, and GERALD G. HAYAK, an Individual, | |
| Defendants. | |
| ELECTION SYSTEMS & SOFTWARE, LLC, | |
| Plaintiff, | 8:14-CV-257 |
| vs. | ORDER |
| RBM CONSULTING, LLC, | |
| Defendant. | |

The Court has been advised that the parties in these cases have resolved their claims. Accordingly,

IT IS ORDERED:

1.  On or before June 8, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the cases.

2.  Absent compliance with this order, these cases (including counterclaims and the like) may be dismissed without further notice.

3.  The Clerk of the Court shall set a dismissal papers deadline of June 8, 2015.

Dated this 7th day of May, 2015.

BY THE COURT:

_____

John M. Gerrard
United States District Judge