IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>RBM CONSULTING, LLC, and GERALD G. HAYAK, an Individual,<br><br>   Defendants. | 8:11-CV-438<br><br>JUDGMENT |
| ELECTION SYSTEMS & SOFTWARE, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>RBM CONSULTING, LLC,<br><br>   Defendant. | 8:14-CV-257<br><br>JUDGMENT |

  Pursuant to the parties' joint stipulations for dismissal (case no. 8:11-CV-438, filing 151; case no. 8:14-CV-257, filing 29), these cases are dismissed, with prejudice, each party to bear its own costs and fees.

  Dated this 22nd day of May, 2015.

               BY THE COURT:

               _John M. Gerrard_
               John M. Gerrard
               United States District Judge